IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BIOGEN IDEC MA INC.,

Plaintiff,

vs.

BIOGENTECH CORPORATION,
Defendant.

C.A. No.

03 12305 PBS

PLAINTIFF BIOGEN IDEC MA INC.'S CORPORATE DISCLOSURE STATEMENT
PURSUANT TO LOCAL RULE 7.3

Pursuant to Local Rule 7.3, the plaintiff, Biogen Idec MA Inc., identifies the following parent corporation: Biogen Idec Inc.. Biogen Idec MA Inc. further states that it is wholly owned by Biogen Idec Inc.

Respectfully submitted
BIOGEN IDEC MA INC.,
By its attorneys,

Peter M. Durney, Esq. BBO #139260
Patricia A. Hartnett, Esq., BBO #568206
Cornell & Gollub
75 Federal Street
Boston, MA  02110
Telephone:   (617) 482-8100
Facsimile:    (617) 482-3917

Dated: November 18, 2003