IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BIOGEN IDEC MA INC 03     12305 C.A. PBS

        Plaintiff,

vs.

BIOGENTECH CORPORATION,
        Defendant.

## NOTICE OF APPEARANCE

To The Clerk Of The Above Named Court:

    In accordance with Local Rule 83.5.2, please enter my appearance as attorney for plaintiff Biogen Idec MA Inc. in the above-referenced matter.

        Defendant,
        Biogen Idec MA Inc.,
        By its attorneys,

        Patricia A. Hartnett, BBO #568206
        Cornell & Gollub
        75 Federal Street
        Boston, MA  02110
        Telephone:  (617) 482-8100
        Facsimile:  (617) 482-3917

Dated:  November 18, 2003