IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BIOGEN IDEC MA INC.,

    Plaintiff,

vs.

BIOGENTECH CORPORATION,
    Defendant.

C.A. No.

03 12305 PBS

## NOTICE OF APPEARANCE

To The Clerk Of The Above Named Court:

In accordance with Local Rule 83.5.2, please enter my appearance as attorney for plaintiff Biogen Idec MA Inc. in the above-referenced matter.

    Defendant,
    Biogen Idec MA Inc.,
    By its attorneys,

    _____
    Peter M. Durney, Esq. BBO#: 139260
    Cornell & Gollub
    75 Federal Street
    Boston, MA 02110
    Telephone: (617) 482-8100
    Facsimile: (617) 482-3917

Dated: November 18, 2003