# UNITED STATES DISTRICT COURT

District of  Massachusetts

Biogen Idec MA Inc.

v.

Biogentech Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03 - 12305 PBS

*FILED IN CLERK'S OFFICE*
*2004 JAN -6 A 11:03*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS.*

TO: (Name and address of Defendant)

Biogentech Corporation
2445 McCabe Way
Irvine, CA 92614

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter M. Durney, Esq.
Patricia A. Hartnett, Esq.
Cornell & Gollub
75 Federal Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                     NOV 19 2003
CLERK                                            DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 12/19/2003 |
| NAME OF SERVER (PRINT)  John A. DeMarr | TITLE  Private Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Jennifer Padilla, Administrative Support, and authorized agent to accept service for Biogentech Corp.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES  $75.00 | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/19/2003
              Date                Signature of Server

16787 Beach Blvd #340 HB. CA 92647
              Address of Server

Sworn & Subscribed Before:

_____
Notary Public

ADA M. CABALLERO
Commission # 1287360
Notary Public - California
Orange County
My Comm. Expires Dec 15, 2004

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.