UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 03-12305 PBS

BIOGEN IDEC MA INC.
    Plaintiff,

v.

BIOGENTECH CORP.
    Defendant.

FILING FEE PAID:
RECEIPT # 53284
AMOUNT $ 50.00
BY DPTY CLK
DATE 1/21/04

### PLAINTIFF BIOGEN IDEC MA INC.'S
### MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned, a member in good standing of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, hereby moves to grant permission for Roberta Jacobs-Meadway of the law firm of Ballard Spahr Andrews & Ingersoll, LLP, 1735 Market Street, 51st Floor, Philadelphia, Pennsylvania, to appear pro hac vice on behalf of the plaintiff, Biogen Idec MA Inc., in this matter, and to permit this attorney to participate in all matters, including any oral proceedings and trial in this action, which arise during the representation of Biogen Idec MA Inc. As grounds for its motion, Biogen Idec MA Inc. (hereinafter "Biogen") states that:

    1.    The plaintiff, Biogen Idec MA Inc. filed this case seeking damages and injunctive relief, alleging that defendant, Biogentech Corporation, willfully infringed on Biogen Idec MA Inc.'s rights in its federally

registered trademark, and engaged in unfair competition in violation of 15 U.S.C. § 1125(a).

2. Roberta Jacobs-Meadway is an attorney at the law firm of Ballard Spahr Andrews & Ingersoll, LLP, where she has acquired specialized knowledge and expertise regarding the issues that are likely to arise in this case, which will benefit the plaintiff in the prosecution of this action.

3. Attorney Jacobs-Meadway is a member in good standing of the bar of the Commonwealth of Pennsylvania and in every court in which she is admitted. (See Affidavit of Roberta Jacobs-Meadway, Esquire, attached hereto as Exhibit A.)

4. The Commonwealth of Pennsylvania grants like privileges to members of the bar, in good standing, of the Commonwealth of Massachusetts.

5. A proposed Order is attached as Exhibit B.

WHEREFORE, the Plaintiff Biogen Idec MA, Inc. requests that this Court admit Roberta Jacobs-Meadway, pro hac vice, pursuant to Local Rule 83.5.3(b).

        Respectfully submitted,
        Biogen Idec MA, Inc.,
        By its attorneys,

        _____
        Peter Durney BBO #139260
        Patricia A. Hartnett, BBO #568206
        Cornell & Gollub
        75 Federal Street
        Boston, MA 02110
        Telephone:  (617) 482-8100
        Facsimile:   (617) 482-3917