IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BIOGEN IDEC MA INC.,                     C.A. No. 03-12305 PBS

        Plaintiff,

vs.

BIOGENTECH CORPORATION,
        Defendant.

### PLAINTIFF BIOGEN IDEC MA INC.'S REQUEST FOR ENTRY OF DEFAULT

The plaintiff, Biogen Idec MA Inc. respectfully requests that default be entered against the defendant Biogentech Corporation (hereinafter "Biogentech" or "defendant"), pursuant to Fed.R.Civ. P. 55(a). As grounds therefor, plaintiff states the following:

1. The Complaint, commencing an action for trademark infringement and unfair competition pursuant to the Lanham Act, 15 U.S.C. §§ 1114, 1121, and 1125(a), was filed on November 18, 2003. See Complaint, Exhibit 1.

2. The Summons and a copy of the Complaint were served on the defendant in Irvine, California, on December 19, 2003, as appears from the Return of Service filed with the Court (see Exhibit 2).

3.  The time within which the defendant should have served a responsive pleading, or otherwise defended, pursuant to Mass. R. Civ. P. 12(a), expired on January 8, 2004, and the defendant has failed to appear, to serve or file an Answer, or to otherwise defend against the allegations in the Complaint.

4.  Upon information and belief, as appears in the Affidavit of Patricia A. Hartnett, defendant Biogentech, being a corporate entity, is neither a person in military service as defined in Article I of the "Soldiers' and Sailors' Civil Relief Act" of 1940, nor an infant or incompetent.

WHEREFORE, plaintiff Biogen Idec MA Inc. requests that default be entered against the defendant, Biogentech Corporation.

Respectfully submitted,
Biogen Idec MA Inc.,
By its attorneys,

Peter Durney BBO #139260
Patricia A. Hartnett, BBO #568206
Cornell & Gollub
75 Federal Street
Boston, MA 02110
Telephone:  (617) 482-8100
Facsimile:  (617) 482-3917