IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIOGEN IDEC MA INC., | C.A. No. 03-12305 PBS |
| Plaintiff, | |
| vs. | |
| BIOGENTECH CORPORATION, | |
| Defendant. | |

### AFFIDAVIT OF PATRICIA A. HARTNETT, ESQ.
### IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Patricia A. Hartnett, Esquire, do depose and state that:

1.  I am an attorney at Cornell & Gollub, 75 Federal Street, Boston, Massachusetts, representing the plaintiff Biogen Idec MA Inc. in this action.

2.  I depose and state that on November 19, 2003, plaintiff Biogen Idec MA Inc. filed a Complaint against the defendant Biogentech Corporation (see Exhibit 1 to Request for Default).

3.  Upon information and belief and as attested by the Return of Service on file with the Court, on December 19, 2003, defendant was served a copy of the Summons and Complaint, with service made in hand on upon Jennifer Padilla, Administrative Support and authorized agent to accept service for Biogentech Corp., 2445 McCabe Way, Irvine, CA 92614 (see Exhibit 2 to

Request for Default).

4.  More than twenty (20) days have elapsed since the date on which the defendant was served with the Summons and Complaint.

5.  To date, defendant has failed to appear, answer or otherwise defend against the allegations in the plaintiff's Complaint, nor has a copy of any responsive pleading been received by the plaintiff or its attorneys of record.

6.  This affidavit is executed by the affiant herein, in accordance with Federal Rule of Civil Procedure 55(a), for the purpose of enabling the plaintiff to obtain entry of default against the defendant Biogentech Corporation, for its failure to answer or otherwise defend against the plaintiff's Complaint.

7.  Upon information and belief, I further depose that the defendant, being a corporate entity, is neither a person in military service as defined in Article I of the "Soldiers' and Sailors' Civil Relief Act" of 1940, nor an infant or incompetent.

-3-

Subscribed and sworn to under the pains and penalties of perjury.

_____
Patricia A. Hartnett

Sworn to before me this
20th day of January, 2004

_____
Notary Public
My commission expires: 11/6/09