UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                              Civil Action
                                              No: 03-12305-PBS

Biogen Idec MA Inc.
Plaintiff

v.

Biogentech Corporation
Defendant

## NOTICE OF DEFAULT

     Upon application of the Plaintiff for an order of Default for failure of the Defendant, Biogentech Corporation, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant, Biogentech Corporation, has been defaulted on February 9, 2004.

                                                     Tony Anastas
                                                     Clerk


                                               By: /s/ Robert C. Alba
                                                   Deputy Clerk


Date: February 9, 2004


Notice mailed to counsel of record and defendant(s).