UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                                                           Civil Action
                                                                                                                           No: 03-12305-PBS

Biogen Idec MA Inc.
Plaintiff

v.

Biogentech Corporation
Defendant


PROCEDURAL ORDER ON DEFAULT

SARIS, D.J.                                                                                            February 9, 2004

      On February 9, 2004, a notice of default was issued as to the defendant, Biogentech Corporation pursuant to Rule 55(b), Fed.R.Civ.P. If the plaintiff intends to move for judgment by default, it shall do so on or before March 9, 2004. Plaintiff shall include a proposed form of judgment along with the motion filing.


                                                                       By the Court,


                                                                    /s/ Robert C. Alba
                                                                    Deputy Clerk