IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BIOGEN IDEC MA INC.,

          Plaintiff,

vs.

BIOGENTECH CORPORATION,
          Defendant.

C.A. No. 03-12305 PBS

### PLAINTIFF BIOGEN IDEC MA INC.'S MOTION FOR ENTRY OF DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55(b)(2)

The plaintiff, Biogen Idec MA Inc. ("plaintiff" or "Biogen Idec"), respectfully moves, pursuant to Fed. R. Civ. P. 55(b)(2), for entry of default judgment against defendant Biogentech Corporation ("Biogentech" or "defendant"), for failure to answer or otherwise appear in the defense of the allegations in this case. Plaintiff requests and Order for relief and damages as set forth in plaintiff's Complaint for Trademark Infringement and Unfair Competition (the "Complaint"), a copy of which is attached to its Memorandum in Support, filed herewith, as Exhibit 1.

In support of its Motion, plaintiff states that defendant has failed to answer or otherwise to appear in this action, and that default entered against the defendant on February 9, 2004. The well-pleaded allegations of plaintiff's Complaint state a cause of action in trademark infringement and unfair competition. Plaintiff therefore requests the entry of default judgment

and a determination of the total relief and damages to which it is entitled pursuant to its Complaint under to Fed. R. Civ. P. 55(b)(2).

Plaintiff further refers the Court to its Memorandum in Support, filed herewith.

WHEREFORE, plaintiff Biogen Idec MA Inc. requests that default judgment be entered against the defendant, Biogentech Corporation, and that this Court order that plaintiff recover relief and damages as sought in its Complaint.

>Respectfully submitted,
>Biogen Idec MA Inc.,
>By its attorneys,
>
>_____
>Peter Durney BBO #139260
>Patricia A. Hartnett, BBO #568206
>Cornell & Gollub
>75 Federal Street
>Boston, MA 02110
>Telephone:    (617) 482-8100
>Facsimile:    (617) 482-3917
>
>and
>
>_____
>Roberta Jacobs-Meadway, Esq.
>(admitted pro hac vice)
>Richard E. Peirce, Esq.
>Ballard Spahr Andrews & Ingersoll, LLP
>1735 Market Street, 51st Floor
>Philadelphia, PA 19103-7599
>Telephone: (215) 864-8201
>Facsimile: (215) 864-9950

Dated: March 9, 2004

## CERTIFICATE OF SERVICE

The undersigned counsel for plaintiff hereby certifies that the Plaintiff Biogen Idec MA Inc.'s Motion for Entry of Default Judgment Pursuant to Fed. R. Civ. P. 55(b) was forwarded, via overnight courier, on this 9th day of March, 2004, to:

Biogentech Corp.
Suite 150
445 McCabe Way
Irvine, CA 92614

_____
Patricia A. Hartnett