IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BIOGEN IDEC MA INC.,

Plaintiff,

vs.

BIOGENTECH CORPORATION,
Defendant.

C.A. No. 03-12305 PBS

## PLAINTIFF BIOGEN IDEC MA INC.'S MOTION TO STAY CONSIDERATION OF MOTION FOR ENTRY OF DEFAULT JUDGMENT

The plaintiff, Biogen Idec MA Inc. ("plaintiff" or "Biogen Idec"), respectfully moves for a brief stay of consideration of the pending Motion of Plaintiff Biogen Idec MA, Inc. for Entry of Default Judgment Pursuant to Fed. R. Civ. P. 55(b)(2) ("Motion for Default Judgment") against defendant Biogentech Corporation, which was filed on March 9, 2004.

As grounds for this Motion, plaintiff states that defendant Biogentech Corporation has contacted the plaintiff since the filing of the pending Motion for Default Judgment, and the parties are actively negotiating an agreement in resolution of the issues involved in this case. The agreement between the parties is expected to be filed with this Court within ten (10) days. The agreement is expected to resolve the issues raised in the Complaint for Trademark Infringement and Unfair Competition in their entirety.

WHEREFORE, plaintiff Biogen Idec MA, Inc. respectfully requests that the Court stay its consideration of the pending Motion for Default Judgment for ten (10) days to permit the parties to attempt agreement on all matters raised therein.

Respectfully submitted,
Biogen Idec MA Inc.,
By its attorneys,

Peter Durney BBO #139260
Patricia A. Hartnett, BBO #568206
Cornell & Gollub
75 Federal Street
Boston, MA 02110
Telephone:   (617) 482-8100
Facsimile:   (617) 482-3917

and

Roberta Jacobs-Meadway, Esq. /PAH
(admitted pro hac vice)
Richard E. Peirce, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 864-8201
Facsimile: (215) 864-9950

Dated: March 23, 2004

## **CERTIFICATE OF SERVICE**

The undersigned counsel for plaintiff hereby certifies that the Plaintiff Biogen Idec MA Inc.'s Motion to Stay Consideration of Motion for Entry of Default Judgment was forwarded, via overnight courier, on this 23rd day of March, 2004, to:

Biogentech Corp.
Suite 150
445 McCabe Way
Irvine, CA 92614

Patricia A. Hartnett