IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BIOGEN IDEC MA INC.,

        Plaintiff,

vs.

BIOGENTECH CORPORATION,
        Defendant.

C.A. No. 03-12305 PBS

## PLAINTIFF BIOGEN IDEC MA INC.'S
## MOTION FOR APPROVAL OF CONSENT JUDGMENT

The plaintiff, Biogen Idec MA Inc. ("plaintiff" or "Biogen Idec"), respectfully moves for the Court's endorsement of the Consent Judgment that has been executed by plaintiff Biogen Idec MA Inc. and defendant Biogentech Corporation, a copy of which is attached as Exhibit A.

As grounds for this Motion, plaintiff states that, since the filing of the Motion for Default Judgment filed by plaintiff in this case, the parties have conferred regarding the allegations of the plaintiff's Complaint for Trademark Infringement and Unfair Competition, and have entered into an Agreement in resolution of plaintiff's claims, effective March 22, 2004, a copy of which is attached as Exhibit B. The Agreement forms the basis for the Consent Judgment that the parties have executed and now present to the Court for approval.

The Consent Judgment resolves the issues raised in the Complaint for Trademark Infringement and Unfair Competition in their entirety.

WHEREFORE, plaintiff Biogen Idec MA, Inc. respectfully requests that the Court endorse and enter the Consent Judgment submitted by the parties, attached as Exhibit A.

Respectfully submitted,
Biogen Idec MA Inc.,
By its attorneys,

_____
Peter Durney BBO #139260
Patricia A. Hartnett, BBO #568206
Cornell & Gollub
75 Federal Street
Boston, MA 02110
Telephone:  (617) 482-8100
Facsimile:  (617) 482-3917

and

_____ /PAH
Roberta Jacobs-Meadway, Esq.
(admitted pro hac vice)
Richard E. Peirce, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: (215) 864-8201
Facsimile: (215) 864-9950

Dated: April 14, 2004

## CERTIFICATE OF SERVICE

The undersigned counsel for plaintiff hereby certifies that the Plaintiff Biogen Idec MA Inc.'s Motion for Approval of Consent Judgment was forwarded, via overnight courier, on this 14th day of April, 2004, to:

Biogentech Corp.
Suite 150
445 McCabe Way
Irvine, CA 92614

Patricia A. Hartnett