IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BIOGEN IDEC MA INC.,

    Plaintiff,

vs.

BIOGENTECH CORPORATION,

    Defendant.

CA No. 12305-PBS

## CONSENT JUDGMENT

The parties having consented hereto, the Court hereby enters judgment as follows:

1. This Court has jurisdiction of the parties and of the subject matter of this action.

2. Biogen Idec MA Inc. through its complaint and motion for entry of default judgment and supporting memorandum has shown good cause for the entry of a permanent injunction precluding use of BIOGENTEC or BIOGENTECH or any phonetic equivalent by Biogentech Corporation.

It is accordingly therefor ORDERED:

That Biogentech Corporation, its officers, directors, and agents, are as of May 31, 2004 permanently enjoined from all and any use of "Biogentec" and/or "Biogentech" as a name or mark or component of a name or mark or domain name.

So Ordered

_____  5/4/04
    Patti B. Saris
    U.S.D.J.

The parties consent to entry of judgment as set forth herein:

BIOGEN IDEC MA INC.

By: _____
Title: EXECUTIVE VP + GENERAL COUNSEL

BIOGENTECH CORPORATION

By: _____
Title: CEO / Pres.

PHL_A #1880292 v2

CR.